UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN — MILWAUKEE DIVISION

```
_____        )
                                      )
DOES 1, 7, 8, and 9, individually;    )
DOES 2, 4, 5, and 6, individually     )
  and as taxpayers;                   )
DOE 3, a minor,                       )
  by DOE 3's next best friend, DOE 2; )
                                      )
            Plaintiffs,               )
                                      )
     v.                               )    Case No. _____
                                      )
ELMBROOK JOINT COMMON SCHOOL          )
DISTRICT NO. 21,                      )
                                      )
            Defendant.                )
_____)
```

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Plaintiffs Does 1 through 9, furnishes the following list in compliance with General L.R. 83.9:

(1) Parties represented:

    Doe 1
    Doe 2
    Doe 3, a minor, by Doe 3's next best friend, Doe 2
    Doe 4
    Doe 5
    Doe 6
    Doe 7
    Doe 8
    Doe 9

(2) Not applicable

(3) Law firms of all counsel expected to appear for Plaintiffs:

    Americans United for Separation of Church and State
    Hall Legal, S.C.

Respectfully submitted,

/s/ Alex J. Luchenitser
Alex J. Luchenitser

Ayesha N. Khan (D.C. Bar No. 426836)
Alex J. Luchenitser (D.C. Bar No. 473393)
Elizabeth J. Stevens (D.C. Bar No. 974980)
AMERICANS UNITED FOR SEPARATION
   OF CHURCH AND STATE
518 C Street, NE
Washington, DC 20002
Tel: (202) 466-3234
Fax: (202) 466-2587
*khan@au.org* / *luchenitser@au.org* /
   *stevens@au.org*

James H. Hall, Jr. (Wis. Bar No. 1004338)
F. Thomas Olson (Wis. Bar No. 1010170)
HALL LEGAL, S.C.
759 North Milwaukee Street
Milwaukee, WI 53202
Tel: (414) 273-2001
Fax: (414) 273-2015
*jhh@hall-legal.com* / *folson@hall-legal.com*

*Attorneys for Plaintiffs*

Dated: April 20, 2009

2