UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN — MILWAUKEE DIVISION

```
_____
                                        )
DOES 1, 7, 8, and 9, individually;      )
DOES 2, 4, 5, and 6, individually       )
  and as taxpayers;                     )
DOE 3, a minor,                         )
  by DOE 3's next best friend, DOE 2;   )
                                        )
            Plaintiffs,                 )
                                        )
      v.                                )   Case No. 2:09-cv-409
                                        )
ELMBROOK JOINT COMMON SCHOOL            )
DISTRICT NO. 21,                        )
                                        )
            Defendant.                  )
_____)
```

## **PLAINTIFFS' MOTION FOR LEAVE TO PROCEED USING PSEUDONYMS**

Plaintiffs originally brought this action under pseudonyms to protect themselves, and where applicable, their minor children, from social ostracism, economic injury, governmental retaliation, and physical harm. Pursuant to General Local Rule 83.9, Plaintiffs respectfully move for permission to continue to proceed using pseudonyms. This motion is based on the accompanying Memorandum of Points and Authorities, Exhibits 131-142, and Proposed Order, and the entire record in this case.

1

Respectfully submitted,

/s/ Alex J. Luchenitser
Alex J. Luchenitser

Ayesha N. Khan (D.C. Bar No. 426836)
Alex J. Luchenitser (D.C. Bar No. 473393)
Elizabeth J. Stevens (D.C. Bar No. 974980)
AMERICANS UNITED FOR SEPARATION
   OF CHURCH AND STATE
518 C Street, NE
Washington, DC 20002
Tel: (202) 466-3234
Fax: (202) 466-2587
*khan@au.org* / *luchenitser@au.org* /
   *stevens@au.org*

James H. Hall, Jr. (Wis. Bar No. 1004338)
F. Thomas Olson (Wis. Bar No. 1010170)
HALL LEGAL, S.C.
759 North Milwaukee Street
Milwaukee, WI 53202
Tel: (414) 273-2001
Fax: (414) 273-2015
*jhh@hall-legal.com* / *folson@hall-legal.com*

*Attorneys for Plaintiffs*

Dated: May 12, 2009

2

## CERTIFICATE OF SERVICE

I hereby certify that May 12, 2009, I electronically filed the foregoing Motion for Leave to Proceed Using Pseudonyms — along with the supporting Memorandum of Points and Authorities, Exhibits 131 through 142, and Proposed Order — with the Clerk of the Court using the ECF system, which will send notification of such filing to the following counsel of record for Defendant:

>Lori M. Lubinsky, Esq.
>Sara Beachy, Esq.
>Axley Brynelson, LLP
>P.O. Box 1767
>Madison, WI 53701-1767
>Email: *llubinsky@axley.com* / *sbeachy@axley.com*

I also served, on the same date, courtesy copies of these documents by e-mail to the following in-house counsel for Defendant:

>Mark Kapocius
>School District of Elmbrook
>P.O. Box 1830
>Brookfield, WI 53005
>Email: *kapocium@elmbrookschools.org*

/s/ Alex J. Luchenitser
Alex J. Luchenitser

Date: May 12, 2009