# United States District Court
## EASTERN DISTRICT OF WISCONSIN

DOES 1, 7, 8, and 9, Individually;
DOES 2, 4, 5, and 6, Individually,
and as taxpayers;
DOES 3, a minor,
 by DOES 3's next best friend, DOE 2,

        Plaintiffs,

        v.                      Case No. 09-C-0409

ELMBROOK JOINT COMMON SCHOOL
DISTRICT NO. 21,

        Defendant.

## COURT MINUTES
### HONORABLE CHARLES N. CLEVERT, JR., PRESIDING

| | |
|---|---|
| Date: | May 29, 2009 |
| Proceeding: | Preliminary Injunction Hearing |
| FTR Start Time: | 1:45:25 p.m. |
| FTR End Time: | 4:21:56 p.m. |
| Law Clerk: | Benjamin Proctor |
| Appearances: | Plaintiffs: Attorneys Alexander Luchenitser, James Hall, and Thomas Olson<br>Defendant: Attorneys Lori Lubinsky and Sara Beachy |
| Disposition: | Plaintiffs' Motion for Leave to Proceed Using Pseudonyms (Doc. # 19) is granted.<br><br>Plaintiffs' Motion for Leave to File Excess Pages (Doc. # 28) is granted. |

Court takes Plaintiffs' Motion for Preliminary Injunction under advisement and will issue ruling prior to graduation activities set for Thursday, June 4, 2009.

Notes: Court hears oral argument by the parties regarding Plaintiffs' Motion for Preliminary Injunction.