```
 1            IN THE UNITED STATES DISTRICT COURT FOR

 2              THE EASTERN DISTRICT OF WISCONSIN

 3                         AT MILWAUKEE

 4   DOES 1, 7, 8 and 9,            )
     Individually, DOES 2, 4, 5     )
 5   and 6, Individually, and as    )
     Taxpayers; DOES 3, a minor,    )
 6   By DOES 3's next best friend,  )
     DOE 2,                         )
 7                                  )
              Plaintiffs,           )
 8                                  )
          v.                        ) Case No. 09-C-0409
 9                                  ) May 29, 2009
     ELMBROOK JOINT COMMON SCHOOL,  ) Excerpt of Proceedings
10   DISTRICT NO. 21,               )
                                    )
11            Defendant.            )
     _____)
12

13                   TRANSCRIPT OF PROCEEDINGS

14        BEFORE THE HONORABLE CHARLES N. CLEVERT, JR.

15                 UNITED STATES DISTRICT JUDGE

16

17

18

19

20   SUSAN A. ZIELIE, RPR, FCRR
     Official Court Reporter
21   HB 406
     500 Poydras Street
22   New Orleans, Louisiana 70130
     504.589.7741
23   susan_zielie@laed.uscourts.gov

24

25   Proceedings Recorded by Computer-aided Stenography.
```

```
 1   APPEARANCES:
 2
 3   For the Plaintiffs:      ALEXANDER LUCHENISTER, ESQ.
                              JAMES HALL, ESQ.
 4                            THOMAS OLSON, ESQ.
 5
 6   For the Defendant:       LORI LUBINSKY, ESQ.
                              SARA BEACHY, ESQ.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              MILWAUKEE, WISCONSIN; FRIDAY, MAY 29, 2009
 2                            1:35 PM
 3              THE CLERK:  Case No. 2009-C-0409, John Does
 4  1 through 9 vs. Elmbrook No. 21.  This matter is before
 5  the Court on a hearing for plaintiff's motion on
 6  preliminary injunction.  May we have the appearances,
 7  please.
 8              MR. LUCHENISTER:  Yes, Your Honor.  Alex
 9  Luchenister, Americans United For Separation of Church
10  and State for plaintiffs.  And also for plaintiffs we
11  have James Hall of Hall Legal and Tom Olson of Hall
12  Legal, and we have Jeff Clauson of Americans United.
13              THE COURT:  Good afternoon.
14              MS. LUBINSKY:  Good afternoon, Your Honor.
15  Lori Lubinsky.  Along with me is co-counsel Sara Beachy.
16  Also with us at counsel table is Mark Poshish.  He is
17  the human resource director and staff counsel for the
18  school district.
19              THE COURT:  Good afternoon to you as well.
20              This case is on for preliminary hearing.
21  However, before we get into any particulars respecting
22  the request of injunction, the Court has received
23  several motions, one of which is a request that the
24  plaintiffs be allowed to proceed using pseudonyms.
25              I've not received any objection to that
```

1  request and find no legal impediment to granting the
2  plaintiff's request of that, to be allowed to proceed
3  utilizing pseudonyms.  Therefore, the motion is granted.
4              MR. LUCHENISTER:  Thank you, Your Honor.
5              (Requested Excerpt of Proceedings
6  Concluded.)
7
8
9                        CERTIFICATE
10
11
12
       I, Susan A. Zielie, Official Court Reporter, do
13  hereby certify that the foregoing transcript is correct.
14
15
                        /S/ SUSAN A. ZIELIE, RPR, FCRR
16                      _____
                          Susan A. Zielie, RPR, FCRR
17
18
19
20
21
22
23
24
25